**Order entered July 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00250-CV

## HERMAN BROWN, JACKIE LEWIS, & ALL OTHER OCCUPANTS, Appellants

### V.

## HANS WANGO, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03351-E**

## ORDER

The clerk's record in this case is overdue. By postcard dated June 11, 2019, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within thirty days. To date, the County Clerk has not filed the clerk's record nor otherwise responded to our notice.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellants are not indigent and have not paid for or made arrangements to pay for the record. *We notify appellants that if we receive verification they are not indigent and have not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

John Warren
Dallas County Clerk

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE